### Ex parte PITCHIOS.

(Court of Criminal Appeals of Texas. Jan. 15, 1913.)

Original application by George Pitchios for writ of habeas corpus. Relator remanded.

Walker & Williams and J. Horace Williams, all of Dallas, for relator. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. This is an original habeas corpus granted by this court, in which the relator contests the validity of an ordinance of the city of Dallas, closing pool halls at 12 o'clock at night, and remaining closed until 5 o'clock next morning. The same questions are involved as are decided in the case of Ex parte Brewer, 152 S. W. 1068, this day decided, and for the reasons there stated relator is remanded.